AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MARK L. CALLAHAM**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __APRIL 21, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Ruger 9mm caliber semi-automatic pistol and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ .

I further state that I am __OFFICER RICHARD PEAKE__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER RICHARD PEAKE**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____          at       __Washington, D.C.__
Date                                                                                 City and State

_____                  _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer