UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal Nos. 05-CR-187 (ESH) |
| v. | : |
| | : |
| MARK CALLAHAN | : |
| | : |

## Notice of Appearance

    Would the Clerk of the Court please notice the appearance of Jenifer Wicks as retained counsel for the defendant.

Respectfully submitted,

_____

JENIFER WICKS
DC Bar 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W. Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867