UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 05-CR-187 (ESH) |
| v. : | |
| : | |
| MARK CALLAHAM : | |
| : | |

NOTICE OF FILING

Would the Clerk of the Court please file a copy of the attached correspondence to the Office of the United States Attorney for the District of Columbia.

Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

Law Offices of Jenifer Wicks
The Daniel Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C. 20001
(202) 326-7100