# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
)
v.  )  **Criminal Action No.**    **(ESH)**
)  05-187.
*Marcus Callaham*  )
**Defendant.**  )
)

## ORDER

In this case, defendant was initially detained/indicted on __5/17/05__,

and therefore, under the Speedy Trial Act, 18 U.S.C. Section 3161, *et seq.*, defendant must be

brought to trial on or before _____, unless either side moves to exclude time

pursuant to 18 U.S.C. Section 3161(h).

Upon consideration of the status hearing held on __8/10/05__,

it is

**ORDERED** that all motions, including any Federal Evidence Rule 404(b) Notice,

shall be filed by no later than __8/24/05__; responses to the motions shall be filed

by no later than __9/6/05__; and replies shall be filed by no later than

_____; and it is

**FURTHER ORDERED** that a motion hearing is scheduled for __9/22__,

at __2:30__ p.m.; trial is scheduled for __10/11__ at __9:30__ a.m. before the

undersigned Judge; and it is



**FURTHER ORDERED** that in the event that defense counsel files no motions, it is the government's burden to bring this to the attention of the courtroom deputy, or Judge Huvelle's chambers, so that further proceedings, including an alternate trial date, as appropriate, may be scheduled. *See United States v. Wright,* 6 F.3d 811, 815 (D.C. Cir. 1993).

DATE:  8/10/05 ·

ELLEN SEGAL HUVELLE
United States District Judge

2