UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 05-187 (ESH) |
| vi. | : |
| | : |
| MARK CALLAHAM | : |
| | : |

**ORDER**

On consideration of the defendant's MOTION TO EXCLUDE U.S. CURRENCY AND INCORPORATED POINTS AND AUTHORITIES IN SUPPORT THEREOF, the record herein and for good cause shown, it is hereby

ORDERED that the government is precluded from introducing against the defendant at trial testimonial and/or physical evidence that he was in possession of US currency at the time of his arrest in this matter.

_____