UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 05-187 (ESH) |
| vi. | : |
| | : |
| **MARK CALLAHAM** | : |
| | : |

**ORDER**

Upon consideration of the defendant's motion to suppress evidence, it is this ____ day of _____, 2005 hereby

ORDERED that the motion is hereby granted.

_____
The Honorable Ellen Segal Huvelle
U.S. District Court Judge