UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-187 (ESH)** |
| v. | : | |
| | : | |
| **MARK L. CALLAHAM** | : | 05-187 (ESH) |
| | : | |

## ORDER

Upon consideration of the defendant's Motion to Suppress Physical Evidence and Statements, it is this _____ day of _____, 2005, hereby

**ORDERED** that the defendant's motion is **DENIED.**

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

cc:

Anthony Scarpelli
Assistant United States Attorney
Narcotics Section
555 4th Street, N.W. Room 4816
Washington, D.C. 20530

Jenifer Wicks, Esquire
The Webster Building
503 D Street NW, Suite 250A
Washington, DC 20001