UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :   **05-187 (ESH)** |
|     **vi.** | : |
| | : |
| **MARK CALLAHAM** | : |
| | : |

**ORDER**

Upon consideration of the defendant's consent motion to continue, it is this _____ day of _____, 2005 hereby

ORDERED that the motion is hereby granted. The clerk will reschedule this matter for a motions hearing.

_____
The Honorable Ellen Segal Huvelle
U.S. District Court Judge