## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 05-187 (ESH) |
| V : | |
| : | |
| **MARK CALLAHAM** : | |
| : | |

## ORDER

Upon consideration of the defendant's **UNOPPOSED MOTION TO AMEND RELEASE ORDER** and for good cause shown, it is this _____ day of November, 2005 hereby

ORDERED that the prior release order is amended with the additional condition that MARK CALLAHAM is allowed to be in "stay away" area for investigative purposes when in the company of either defense investigator Pierre Russell or counsel Jenifer Wicks. The defense investigator or defense counsel is to remain with Mr. Callaham at all times and is to pick up and drop off him outside of the stay away area.

_____
The Honorable Ellen Huvelle