## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :  **05-187 (ESH)** |
| **V** | : |
| | : |
| **MARK CALLAHAM** | : |
| | : |

### ORDER

Upon consideration of the defendant's **EMERGENCY MOTION TO WAIVE**

**APPEARANCE AT STATUS HEARING** and for good cause shown, it is this _____day of

November, 2005 hereby

ORDERED that Mr. Callaham's personal appearance is waived for the status hearing on

November 23, 2005.


_____

The Honorable Ellen Huvelle