UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
                        )
        vs.             )    ~~Civil~~/Criminal No. 05-187
                        )
Marcus Callaham.        )
                        )

NOTE FROM JURY

Please explain the difference between: Simple possession of a controlled substance and Constructive possession. Thank you

Date: 11/30/05

Time: 11:35 Am

_Carilyn Allen_ - 2262
FOREPERSON

CO-109A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
)
vs. )
)
Marcus Callaham. )
)

C~~ivil~~/Criminal No. 05-187

NOTE FROM JURY

We the Jury have reached an unanimous ~~verdict~~ verdict.

Date: 11/30/05

FOREPERSON

Time: 1:57

CO-109A