UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :
:  CRIMINAL NO. 05-187 (ESH)
v.  :
:
MARCUS CALLAHAM  :

### VERDICT FORM

1.  As to Count One, wherein the defendant is charged with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, on or about April 21, 2005, we the jury find the defendant:

    _____  Not Guilty

    \_\_\_✓\_\_\_\_\_  Guilty

2.  As to Count Two, wherein the defendant is charged with Simple Possession of a Controlled Substance (cocaine), on or about April 21, 2005, we the jury find the defendant:

    \_\_\_✓\_\_\_\_\_  Not Guilty

    _____  Guilty

BY: _____[signature]_____
FOREPERSON

11/30/05  1:53 PM
DATE & TIME