UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A                              )
            **Plaintiff,**          )
                                    )
                                    )
v.                                  ) **Criminal Action No.**   05-187
                                    )        **(ESH)**
Marcus Callaham                    )
            **Defendant.**          )
                                    )

### SENTENCING SCHEDULING ORDER

It is this __80__ day of __November 2005__     2006

**ORDERED** that the sentencing in this matter be set for ___March 2 at
11:00 a.m.___ and it is further

**ORDERED** that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties 45 days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence report is disclosed by the probation officer, with responses thereto due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

**SO ORDERED.**

*E S Huvelle*
_____
ELLEN SEGAL HUVELLE
United States District Judge