UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 05-187 (ESH) |
| v. : | |
| : | |
| **MARCUS CALLAHAM** : | |
| : | |

ORDER

Upon consideration of the Defendant's Motion for Review of Detention Order and the record herein, it is this ____ day of _____, 2005,

HEREBY ORDERED that this Motion is granted.

_____
The Honorable Ellen S. Huvelle
U.S. District Court Judge