UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | 05-187 (ESH) |
| v. | : | |
| | : | |
| MARCUS CALLAHAM | : | |

**FILED**

**DEC 19 2005**

### ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Defendant's Motion for Review of Detention Order and the record herein, it is this 16 day of December 2005,

HEREBY ORDERED that this Motion is ~~granted~~ DENIED. The Court Orders Mr. Callaham to be transferred to CTF

_E S Huvelle_
The Honorable Ellen S. Huvelle
U.S. District Court Judge