UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 05-0187 (ESH) |
| ) | |
| MARCUS CALLAHAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's Motion for Review of Detention Order and the government's opposition thereto. Defendant was found guilty by a jury on November 28, 2005, of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. While it is true that Mr. Callaham's performance while on pretrial release was without incident, the Court is required, pursuant to 18 U.S.C. § 3143, to detain a defendant who is waiting imposition of sentence unless there is clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community. The fact that defendant did well on pretrial release does not satisfy this exacting standard, especially given defendant's recent conviction and his three prior convictions.

Accordingly, defendant's Motion for Review of Detention Order is **DENIED**.

*Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 20, 2005