UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 05-187 (ESH) |
| v. | : |
| | : |
| **MARCUS CALLAHAM** | : |
| | : |

MOTION TO WITHDRAWAL

Jenifer Wicks respectfully moves this Honorable Court to withdrawal from representing Mr. Callaham this matter. See Exhibit 1. Counsel has advised Mr. Samad that Mr. Callaham's objections to the PSI are due February 9, 2006 and that upon order from the Court or entry of his appearance in this matter, she will provide him with a copy of the file. Counsel is sending a copy of this motion to Mr. Samad as well as Mr. Callaham.

Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C. 20001
(202) 326-7100