**RICHARD SAMAD**
**ATTORNEY AT LAW**
503 D Street, Suite 200
Washington, DC 20001
(202) 316-0072

January 31, 2005

**Jenifer Wicks**
503 D Street NW
Suite 250A
Washington DC 20001

RE: Marcus Callahan

Dear Ms. Wicks:

Please be advised that I have been retained to handle Marcus Callahan's matter before Judge Huvell. I direct you to file a motion to withdraw immediately. I further direct you to turn over all of Marcus Callahan's property. You're cooperation is expected by February 10, 2006.

Sincerely,

Richard Samad

I, Marcus Callahan order you to turn over my property to Richard Samad and I further order you to file a motion to remove yourself from my case immediately.

Marcus Callahan