**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 05-187 (ESH) |
| v. | : |
| | : |
| **MARCUS CALLAHAM** | : |
| | : |

**ORDER**

Upon consideration of Jenifer Wicks' Motion to Withdrawal, it is this ____ day of _____, 2006,

HEREBY ORDERED that this Motion is granted.

_____
The Honorable Ellen S. Huvelle
U.S. District Court Judge