# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | CRIMINAL NO.: 05-187(ESH) |
| | : | |
| Marcus Callahan | : | |

### NOTICE OF APPEARANCE

The clerk of the court will please enter Richard Alan Samad as counsel of record for the defendant.

_____
Richard Samad
462384
Attorney at Law
503 D Street, NW, Suite 200
Washington, DC 20001
(202) 316-0072 (cell)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed to the office of the United States Attorney at 555 4th Street, NW, Washington, DC 20001, today.

_____
Richard Samad