UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: CR-1:05-00187 |
| | ) | |
| Marcus Callaham | ) | |

## ORDER

The Presentence Report in the above-captioned case has been completed by the U.S. Probation Officer. The probation officer has reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" has not been executed by the counsel for the defendant.

Accordingly, it is by the Court, this 21 day of February 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
Ellen Segal Huvelle
**UNITED STATES DISTRICT JUDGE**

2/21/06
**DATE**