Notice of Appeal Criminal

CO-290
Rev. 3/88

United States District Court for the District of Columbia

RECEIVED
U.S. DISTRICT COURT
2006 MAR 20 PM 4:09
NANCY M. MAYER-WHITTINGTON
CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Criminal No.: 05-CR-0187 ESH |
| Marcus Callaham | ) | |

FILED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Name and address of appellant:

Marcus Callaham   DCDC 307535
1901 E St ~~And~~ SE
Washington DC 20003

Name and address of appellant's attorney:

Richard Alan Samad 462384
503 D St NW Washington DC 20001 Suite 200

Offense: Possession of a pistol by a felon.

Concise statement of judgment or order, giving date, and any sentence:

On 3 March 2003 Marcus Callaham was sentenced to 67 months in jail

Name and institution where now confined, if not on bail:

CCA-CTF  1901 E St SE Wash DC 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

20 March 2006
DATE

Marcus Callaham
APPELLANT

Richard Alan Samad
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✓ | |
| Has counsel ordered transcripts? | | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | X | |