# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3052**  **September Term, 2007**

05cr00187-01



United States of America,
  Appellee

v.

Mark L. Callaham,
  Appellant

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/30/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED OCT 1 0 2007
CLERK

FILED
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

**O R D E R**

Upon consideration of appellant's brief, and the motion for summary affirmance, and the response thereto; it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant's counsel failed to adequately present the claim for review by making nothing more than a conclusory assertion. See S.E.C. v. Banner Fund Intern., 211 F.3d 602, 613-614 (D.C. Cir. 2000). Therefore appellant has failed to demonstrate that the district court's credibility determination was clearly erroneous. See United States v. Broadie, 452 F.3d 875, 880 (D.C. Cir. 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold the issuance of the mandate herein until seven days after the resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

KLH
/lt
BK

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk